22cr176 JRT/ECW

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| UNITED STATES OF AMERICA, | **INDICTMENT** |
|---|---|
| Plaintiff, | 18 U.S.C. § 922(g)(1) |
| v. | 28 U.S.C. § 2461(c) |
| BENJAMIN DEANDRE ADAMS, | |
| Defendant. | |

THE UNITED STATES GRAND JURY CHARGES THAT:

**COUNT 1**
(Felon in Possession of a Firearm)

On or about May 11, 2022, in the State and District of Minnesota, the defendant,

**BENJAMIN DEANDRE ADAMS,**

having previously been convicted of the following crime, which was punishable by imprisonment for a term exceeding one year:

| Crime | Jurisdiction | Date of Conviction (On or about) |
|---|---|---|
| Use of Deadly Force Against a Peace Officer | Hennepin County, MN | November 14, 2012 |

and knowing he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is, a Glock, model 26 GEN4, 9mm semi-automatic pistol bearing serial number BKWU860, all in violation of Title 18, United States Code, Section 922(g)(1).



SCANNED
AUG 10 2022
U.S. DISTRICT COURT MPLS

1

## FORFEITURE ALLEGATIONS

Upon conviction of Count 1 of this Indictment, the defendant shall forfeit to the United States any and all firearms, accessories, and ammunition involved in or used in connection with said count of conviction, including but not limited to a Glock, model 26 GEN4, 9mm semi-automatic pistol bearing serial number BKWU860, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____    _____
UNITED STATES ATTORNEY          FOREPERSON