IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | COURTROOM MINUTES - CRIMINAL | |
| | BEFORE: JOHN F. DOCHERTY | |
| Plaintiff, | U.S. Magistrate Judge | |
| v. | Case No: | 22-cr-176 (JRT/ECW) |
| | Date: | August 11, 2022 |
| Benjamin Deandre Adams, | Courthouse: | St. Paul |
| | Courtroom: | 6A |
| Defendant. | Time Commenced: | 2:42 p.m. |
| | Time Concluded: | 2:49 p.m. |
| | Time in Court: | 7 minutes |

APPEARANCES:

Plaintiff: Laura Provinzino, Assistant U.S. Attorney
Defendant: Robert Meyers, Assistant Federal Public Defender
   X FPD       X To be appointed

Date Charges Filed: August 10, 2022        Offense: felon in possession of a firearm

X Advised of Rights

on    X Indictment

X Government moves for detention.
Motion is X granted, temporary detention ordered

Next appearance date is Monday, August 15, 2022 at 11:30 a.m. before U.S. Magistrate Judge Becky R. Thorson in St. Paul CR 3C for:
   X Detention hrg        X Arraignment

X Government moves to unseal the case.        X Granted

Additional Information:
X Oral Rule5(f) Brady notice read on the record.

*s/nah*
Signature of Courtroom Deputy