UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 22-cr-176 (JRT/ECW) |
| Plaintiff, | |
| v. | |
| | ORDER OF PRELIMINARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
| Benjamin Deandre Adams, | |
| Defendant. | |

Upon motion of the United States, it is ORDERED that a detention/arraignment hearing is set for August 15, 2022 at 11:30 a.m. before Magistrate Judge Becky R. Thorson, courtroom 3C, Warren E. Burger Federal Building and U.S. Courthouse, 316 N. Robert Street, St Paul, MN 55101.   Pending this hearing, the Defendant shall be held in custody by the United States Marshal and produced for the hearing.

Dated:  August 11, 2022

*s/John F. Docherty*
John F. Docherty
U.S. Magistrate Judge

If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142 are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee; or (b) will obstruct or attempt to obstruct justice, to threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.