AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

| | |
|---|---|
| United States of America<br>v.<br><br>Benjamin Deandre Adams<br><br>_Defendant_ | )<br>)  Case No. CR 22-176 JRT/ECW<br>)<br>)<br>)<br>) |

## Amended ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_   Benjamin Deandre Adams                                                                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

✓ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court
☐ Pretrial Release Violation Petition

This offense is briefly described as follows:
Count 1: Felon in Possession of a Firearm 18:922(g)(1)

Date:  08/11/2022

_Issuing officer's signature_
_M. Fogarty_

City and state:   Minneapolis, MN                                   Kate M. Fogarty, Clerk of Court
_Printed name and title_

---

### Return

This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____
at _(city and state)_ _____ .

Date:  _____                                            _____
_Arresting officer's signature_

_____
_Printed name and title_

AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____   Weight: _____

Sex: _____   Race: _____

Hair: _____   Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____